**Order entered September 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01094-CV

### THE STATE OF TEXAS, Appellant

### V.

### AVB PARTNERS, LTD., A TX LTD. PARTNERSHIP, ET AL., Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-264-2013**

## ORDER

We **GRANT** the motion of Jennifer Corley, Official Court Reporter for County Court at Law No. 6 of Collin County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed **on or before September 23, 2014**.

/s/     ADA BROWN
         JUSTICE